UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kyle Pettit,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Transworld Systems Inc.; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No. CV-10-4547-PJH<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION AND MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE |

　　Based on the Joint Stipulation and Motion to Dismiss Entire Action, with Prejudice filed in this action, the above-captioned action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 12/20/10

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

[Proposed} Order Granting Joint Stipulation and Motion to Dismiss Action With Prejudice

1